Rose Pikowske, defendant in error, v. Simon Cholewinske, plaintiff in error. Gen. No. 32,900.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

Cohen, Tomas & Cohen, for plaintiff in error; George B. Cohen, of counsel. Lehman & Hogue, for defendant in error; Lloyd W. Lehman, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Florence Orlando, defendant in error, v. John E. Stenquist, plaintiff in error. Gen. No. 32,912.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

Eugene P. Kealy, for plaintiff in error. Robert Berg and Frank Hall Stephens, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

Norman K. Anderson, defendant in error, v. William W. Rice, plaintiff in error. Gen. No. 32,939.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

William Friedman, for plaintiff in error. Anderson & Clarke, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

Charles W. Stiefel, appellant, v. Henry E. Jonas, appellee. Gen. No. 32,948.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

Kern, Stiefel & Stiefel, for appellant; Charles W. Stiefel, Jr., of counsel. Castle, Williams, Long & Castle, for appellee; Emmett J. McCarthy and Jesse R. Long, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Elizabeth Metcalf, appellee, v. Alfred Irmschler and Marie Irmschler, appellants. Gen. No. 32,994.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

John P. Murray, for appellants. Frank F. Tollkuehn, for appellee.

Mr. Justice McSurely delivered the opinion of the court.